**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2089

VICTOR A. MARROW,

Plaintiff - Appellant,

versus

ROANOKE ELECTRIC MEMBERSHIP CORPORATION, Its
Board of Directors; DELORES AMASON; CAROLYN D.
BRADLEY; CHESTER DELOATCH; JOHNNIE P. GARNER;
KEN JERNIGAN; DARNELL LEE; MILLARD LEE; ROBERT
RIDDICK; ALLEN SPELLER; CURTIS WYNN, Executive
Vice-President & CEO; EVA WIGGINS, Vice-
President of Human Resources,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (5:06-cv-00130-BR)

Submitted:  March 21, 2007          Decided:  April 20, 2007

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

D. Lynn Whitted, Goldsboro, North Carolina, for Appellant.  Laura
J. Wetsch, WINSLOW WETSCH, P.L.L.C., Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor A. Marrow appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Marrow v. Roanoke Elec. Membership Corp., No. 5:06-cv-00130-BR (E.D.N.C. Aug. 7, 2006). We deny Appellees' motion for sanctions under Fed. R. App. P. 38 because we cannot conclude Marrow pursued this litigation for malicious purposes, see Dyntel Corp. v. Ebner, 120 F.3d 489, 493 (4th Cir. 1997), or has previously filed numerous frivolous suits or appeals, see Foley v. Fix, 106 F.3d 556, 558 (4th Cir. 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED